1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

ALLEN F CABIAO, et al.,

CASE NO. 2:11-CV-00027-MJP

11

Plaintiff,

MINUTE ORDER

12

v.

13

WASHINGTON FEDERAL SAVINGS,

14

Defendant.

15

16      The following Minute Order is made by direction of the Court, the Honorable Marsha J.

17  Pechman, United States District Judge:

18      On January 28, 2011, this matter was reassigned to Judge Marsha Pechman and the

19  parties were ordered to participate in an FRCP 26f conference and submit a joint status report by

20  no later than March 11, 2011.  Dkt. No. 7.

21      On March 9, 2011, Plaintiffs submitted a unilateral "Status Report and Discovery Plan"

22  that reflects no attempts to confer with Defendant and no reason why the status report was not

23  jointly submitted.

24

MINUTE ORDER- 1

1    The parties are ordered to meet and confer and, by no later than **March 21, 2011**, to

2  submit a joint status report to this Court.  Failure to abide by this order could result in sanctions,

3  up to and including dismissal of this case.

4

5    The clerk is ordered to provide copies of this order to all counsel.

6    Filed this _14th_ day of March, 2011.

7

8                                                      William M. McCool
                                                       Clerk of Court

9
                                                       s/Mary Duett
10                                                     Deputy Clerk

11

12

13

14

15

16

17

18

19

20

21

22

23

24

MINUTE ORDER- 2